Delivered electronically to the following address on March 20, April 3, and April 12:

to: Betina_Mobley@scb.uscourts.gov,
Regina_Schmidt@scb.uscourts.gov,
"Gasparini, Elisabetta G. (USTP)" <Elisabetta.G.Gasparini@usdoj.gov>,
dmsd0990@gmail.com,
Mary beth Browder <MBrowder@mcnlaw.com>,
davisw@jacksonlewis.com;
Sean Markham <sean@markhamlawsc.com>,
Robert Peterson <robert@allmysons.com>,
vpeterson@allmysons.com
nickb@allmysons.com

Mailed first Class mail to the following on April 12:
Robert Peterson
2400 Old Mill Road
Carrollton, TX 75007

Vauna Peterson
2400 Old Mill Road
Carrollton, TX 75007

Nick Bouras
2400 Old Mill Road
Carrollton, TX 75007

RVNB Holdings
2400 Old Mill Road
Carrollton, TX 75007

AMS Business Development
2400 Old Mill Road
Carrollton, TX 75007

Mary Beth Browder
2400 Old Mill Road
Carrollton, TX 75007

Moving with Moxie, Inc.
102 Bluffton Rd.
Bluffton, SC  29910

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Eric J and Danielle De Weerd__

United States Bankruptcy Court for the: _____ District of __SC__
(State)

Case number (If known): __16-05655-JW__

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  The Adversary COMPLAINTS WERE   served electronically per the courts order granting De Weerd tha ability to do so. It was served electronically to all defendants and the attorneys for the defendants, the court, and the trustee. In addittion both complaints were sent regular mail on April 12, 2017 to all defendants at the following address'.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 12  2017                X _____
             YYY                              Signature of individual signing on behalf of debtor

                                              Eric J De Weerd
                                              Printed name

                                              Self
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors